UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: PGMBM CLAIMANTS IN THE MERCEDES-BENZ NOx EMISSIONS GROUP LITIGATION** | **2:22-MC-50959-TGB-DRG** <br><br> HON TERRENCE G. BERG <br><br> **ORDER GRANTING *EX PARTE* APPLICATION TO TAKE DISCOVERY FROM ROBERT BOSCH, LLC PURSUANT TO 28 U.S.C. § 1782** |

This matter comes before the Court on the *ex parte* Application of PGMBM Claimants In The Mercedes-Benz NOx Emissions Group Litigation ("**Applicants**'") For An Order Under 28 U.S.C. § 1782 To Take Discovery From Robert Bosch, LLC (the "**Application**"). The Application seeks documents and testimony from Robert Bosch, LLC in connection with foreign proceedings pending in the High Court of Justice in London, England between Applicants and Mercedes-Benz Group AG, Mercedes-Benz AG, Mercedes Benz Cars UK Limited, Mercedes-Benz Financial

Services UK Limited, and Mercedes-Benz Retail Group UK Limited and certain authorized Mercedes dealerships.

The Court, having fully considered the issues and law, and good cause appearing: **HEREBY GRANTS** the Application. **IT IS HEREBY ORDERED THAT THE APPLICANTS ARE GRANTED LEAVE TO** issue subpoenas for documents and testimony to Robert Bosch, LLC in substantially the same forms attached as Exhibit 1 and 2 to the Application.

It is further **ORDERED** that copies of the Application, the Memorandum in Support thereof, the Declaration in Support thereof and this Order shall be provided to:

Robert Bosch, LLC
38000 Hills Tech Drive
Farmington Hills, Michigan 48331

**IT IS SO ORDERED.**

DATED: <u>October 18, 2022</u>     /s/Terrence G. Berg
                                    Terrence G. Berg
                                    United States District Judge